UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  CASE NO. 6:21-mj-1274-TBS

**BRIAN SUMMERSON**

AUSA: John Gardella

Defense Attorney: Karla Reyes, Federal Public Defender

| Judge: | **THOMAS B. SMITH** United States Magistrate Judge | Date and Time: | **March 26, 2021** 2:07-2:21PM |
|---|---|---|---|
| Courtroom: | 6D | Total Time: | 14 minutes |
| Deputy Clerk: | N. Rodriguez | Reporter: | Digital Orlando_Digital_Transcripts @flmd.uscourts.gov |
| Interpreter: | None | Pretrial/Prob: | Sonya Williams |

#### Clerk's Minutes
#### Initial Appearance

### Rule 5c – Western District of Tennessee
Case called, appearances made, procedural setting by the Court.
Defendant placed under oath; No issue as to competency.
Court advises defendant of the counts in the Indictment.
Government advises of the potential penalties.
Defendant requests court appointed counsel; Court appoints FPD for proceedings in the MDFL.
Defendant waives Rule 5 & 5.1 hearings (production of warrant and identity hearing).
Government makes ore tenus motion for detention.
Defense requests a continuance of detention hearing.
Detention hearing set for 3/31/2021 at 1:30 PM before Magistrate Judge Irick.
Court advises defendant of his rights, including Rule 20 rights.
Defendant remains in custody pending further proceedings.
Court adjourned.