UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.          CASE NO. 6:21-mj-1274-TBS

**BRIAN SUMMERSON**

AUSA: John Gardella

Defense Attorney: Karla Reyes, Federal Public Defender

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **April 1, 2021**<br>11:05-11:36AM<br>31 minutes |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | |
| DEPUTY CLERK: | N. Rodriguez | REPORTER: | Digital<br>Orlando_Digital_Transcripts<br>@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Sonya Williams |

**CLERK'S MINUTES**
**DETENTION HEARING CONT'D**

Case called, appearances made, procedural setting by the Court.
Detention hearing continued.
Court addresses issues concerning the offense and clarifies that the detention hearing is required by 18 U.S.C. 3142(f)(1)(B).
Court places its decision on the record.
Court sets conditions of release.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release; Order to enter.
Court adjourned.